IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATHAN CHISM**                                                                             **PLAINTIFF**
**ADC #550129**

**V.**                            **Case No. 4:24-CV-00752-JM-BBM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge Benecia B. Moore. (Doc. No. 6). No objections have been filed, and the time to do so has now passed.[1] After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Chism is allowed to PROCEED with his medical-deliberate-indifference claims against Bland and Seamster in their individual capacities.

2. All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Chism's Motion for Preliminary Injunction (Doc. 4) is DENIED without prejudice.

4. Defendants Payne, Culclager, Straughn, Williams, Shipman, Griffin, Rowland, Thompson, Gardner, Taylor, Hargrave, Hillard, Ramble, Minor, and Saih are TERMINATED as parties to this action.

---

[1] The record reflects that Mr. Chism refused receipt of the mailed Partial Recommended Disposition. (Doc. No. 7). The Clerk is directed to send him another copy of Doc. No. 6 along with Doc. No. 7 along with this order.

IT IS SO ORDERED this 12th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE