**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NATHAN CHISM** **PLAINTIFF**
**ADC #550129**

**v.** **Case No. 4:24-CV-00752-JM**

**DEXTER PAYNE, *et al.*** **DEFENDANT**

**ORDER**

Chism has not complied with the July 14, 2026 Order directing him to file a notice of his intent to prosecute this case. *Doc. 32.* The time to do so has expired, and his mail continues to be returned as undeliverable (check-marked "refused"). *Docs. 33, 34*.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED 10th day of September, 2026.

UNITED STATES DISTRICT JUDGE