**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NATHAN CHISM** **PLAINTIFF**
**ADC #550129**

**v.** **Case No. 4:24-CV-00752-JM**

**DEXTER PAYNE, *et al.*** **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 10th day of September, 2026.

UNITED STATES DISTRICT JUDGE